# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JEFFREY TABORN,**

    **Plaintiff,**

  v.                                      **Civil Action 2:23-cv-555**
                                                **Judge Michael H. Watson**
                                                **Magistrate Judge Chelsey M. Vascura**

**CITY OF CHILLICOTHE,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint *Instanter* (ECF No. 13) and Defendants' Motion to Withdraw Motion for Partial Judgment on the Pleadings (ECF No. 14). Defendants' Motion represents that Defendants do not oppose Plaintiff's request to amend his Complaint. (ECF No. 14.) Accordingly, both Motions (ECF Nos. 13–14) are **GRANTED**. The Clerk is **DIRECTED** to file on the docket Plaintiff's Amended Complaint, attached to his Motion as Exhibit 1 (ECF No. 13-1), and to **TERMINATE AS MOOT** Defendants' Motion for Partial Judgment on the Pleadings (ECF No. 11).

    **IT IS SO ORDERED.**

                                                  /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                   UNITED STATES MAGISTRATE JUDGE