UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jeffrey Taborn

    Plaintiff,

v.

City of Chillicothe, *et al.*,

    Defendants.

Case No. 2:23-cv-555

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

Jeffrey Taborn ("Plaintiff") moved to voluntarily dismiss without prejudice his sole remaining claim against all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(2). *See generally*, ECF No. 23. The City of Chillicothe (the "City"), Luke Feeney ("Mayor Feeney"), David Fishel ("Fishel"), and Jeffrey Carman (collectively, "Defendants") opposed, ECF No. 29, and moved for summary judgment, ECF No. 28.

The parties now jointly move to stay the deadline for Plaintiff to respond to Defendants' motion for summary judgement and hold in abeyance the Court's order on Plaintiff's motion to dismiss for forty-five days, as the parties reached a tentative settlement agreement. ECF No. 33. Judge Vascura granted that motion. ECF No. 34. Accordingly, the Court will terminate the pending motions and reactivate them if warranted after the forty-five days have passed.

The Clerk is **DIRECTED** terminate ECF Nos. 23 and 28.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT